FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 APR 28 PM 2:16

CLERK-LAS CRUCES

U.S. RECEIVED
U.S. MARSHALS SERVICE
2022 APR 20 PM 3:07
LAS CRUCES, NEW MEXICO

219749

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>**RUBEN MARTHA**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-CR-633 MIS |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RUBEN MARTHA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition.

Date: 04/20/2022

_____
*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04/20/2022, and the person was arrested on *(date)* 04/27/2022
at *(city and state)* Las Cruces, NM.

Date: 04/27/2022

_____
*Arresting officer's signature*

Steven Archuleta DUSM
*Printed name and title*