|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO | |
| Before the Honorable STEPHAN M. VIDMAR | |
| CRIMINAL CLERK'S MINUTES at Las Cruces | |

| Case Number: | **22-633 MIS** | Date: | **4/29/22** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | **INITIAL APPEARANCE** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **RUBEN MARTHA** | **FPD STANDING IN-BERNADETTE SEDILLO** | ☒ | ☐ |
| **(All parties appearing via Zoom)** | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **JONI STAHL** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **GUADALUPE GARCIA** | Court in Session: | **9:12-9:14 A.M.   2 MIN** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☒ | Set for arraignment/detention on 5/4/2022 at 9:00 A.M. |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other:  PRETRIAL SERVICES TO INTERVIEW DEFENDANT |